UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JAN 2 0 2006
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 05-40077 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| RODERICK LEON SCOTT, a/k/a "E", a/k/a "Hot Rod"; and TAUREAN MORGAN TRANBROCK, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon the Court's own motion,

IT IS ORDERED:

1. That the cases of United States of America v. Kristen Lynne Schulz, CR 05-40101-03; and United States of America v. Taurean Morgan Tranbrock, CR 05-40077-02; will be tried, one after the other, during the week of February 7, 2006.

2. That motions in limine in the case of United States of America v. Kristen Lynne Schulz, CR 05-40101-03, will commence at 9:00 A.M. on Tuesday, February 7, 2006.

3. That motions in limine in the case of United States of America v. v.Taurean Morgan Tranbrock, CR 05-40077-02, will commence at 9:00 A.M. on Thursday, February 9, 2006.

4. That two jury panels for the cases of United States of America v. Kristen Lynne Schulz, CR 05-40101-03; and United States of America v. Taurean Morgan Tranbrock, CR 05-40077-02; will be selected, one after the other, starting at 9:30 A.M. on Tuesday, February 7, 2006, in Sioux Falls, South Dakota, with the panel for the case of United States of America v. Taurean Morgan Tranbrock, CR 05-40077-02, being selected first. Once the jury panel is selected, the case will be continued until Thursday, February 9, 2006, at 9:00 A.M.

5. That the jury panel for the case of United States of America v. Kristen Lynne Schulz, CR 05-40101-03, will then be selected, and once the jury panel is selected, that trial will commence.

6. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

Dated this 20th day of January, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
　　　　DEPUTY